IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BENJAMIN F. RUSSELL,           )
                               )
       Plaintiff,              )
                               )
v.                             )   CASE NO. 1:07cv793
                               )
MICHAEL J. GENNARI, PH.D., et. al., )
                               )
       Defendants.             )

## FINAL JUDGMENT

THIS MATTER is before the Court on Defendants Michael J. Gennari and Anthem Health Plans of Virginia Inc.'s Motions to Dismiss. In its previous Memorandum Order of November 2, 2007, the Court granted Defendants' Motions to Dismiss. From the foregoing, it is hereby

ORDERED that JUDGMENT is ENTERED in favor of Defendant Michael J. Gennari and against Plaintiff Benjamin F. Russell. It is further

ORDERED that JUDGMENT is ENTERED in favor of Defendant Anthem Health Plans of Virginia Inc. and against Plaintiff Benjamin F. Russell.

The Clerk is DIRECTED to ENTER JUDGMENT pursuant to Federal Rule of Civil Procedure 58.

The Clerk is directed to forward a copy of this Order to Counsel.

Entered this ___8th___ day of November, 2007.

                                                    _____/s/_____
                                                    Gerald Bruce Lee
                                                    United States District Judge

Gerald Bruce Lee

United States District Judge

Alexandria, Virginia
11/8/07